IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.** 10-cv-01715-PAB-KMT | FTR - Courtroom C-201 |
| **Date:** October 21, 2010 | Deputy Clerk, Nick Richards |
| PATRICE KAHN, individually and on behalf of ONE TWENTY FINANCIAL SERVICES, INC., a Missouri corporation, and FARRELL KAHN,<br>        Plaintiffs,<br>v.<br>LESLIE DAVIS, and ONE TWENTY FINANCIAL SERVICES, a Missouri corporation,<br>        Defendants. | Kevin Lee Opp<br><br><br><br><br><br><br>Joshua David Franklin<br>N. Reid Neureiter |

## COURTROOM MINUTES / MINUTE ORDER

### SCHEDULING CONFERENCE

**Court in Session: 9:53 a.m.**

Court calls the case. Appearances of counsel.

Discussion of Defendant's Motion to Stay Proceedings Pending Resolution of Motion to Dismiss First Amended Complaint [Doc. No. 20, filed October 15, 2010].

Oral argument from defense.
Oral argument from plaintiff.

It is **ORDERED**:     Defendant's Motion to Stay [20] is **DENIED**.

[**XX**]   Scheduling Order entered (as amended).

THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.

DEADLINES:
Joinder of Parties/Amendment to Pleadings: January 21, 2010

Discovery Cut-off: May 31, 2011
Dispositive Motions Deadline: June 30, 2011
Disclosure of Affirmative Experts: April 1, 2011
Disclosure of Rebuttal Experts: May 2, 2011
Written Discovery shall be served no later than 33 days prior to discovery cut-off.
Each side shall be limited to 30 interrogatories, 30 requests for admission, and 30 requests for documents.
Each side shall be limited to 10 depositions, excluding experts. No depositions will be held before January 1, 2011. The depositions for Leslie Davis, Mark Indelicato, and Farrell Kahn will not exceed 11 hours. All other depositions will not exceed 7 hours.

**No SETTLEMENT CONFERENCE is set at this time. Counsel is directed to contact chambers to set a date.**

A **Status Report** is due April 1, 2011, or within 5 days of District Judge Philip A. Brimmer's ruling on Motion to Dismiss.

**FINAL PRETRIAL CONFERENCE** set for: September 1, 2011 at 9:30 a.m.
**in Courtroom C-201, Second Floor, of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado.**


TRIAL:

Trial Preparation Conference and trial dates will be set by District Judge Brimmer at the Final Pretrial Conference.


Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.



**Court in recess: 10:53 a.m.**
Total In-Court Time:   01:00        Hearing concluded.


*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.