IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–01715–PAB–KMT

PATRICE KAHN, individually and on behalf of
ONE TWENTY FINANCIAL SERVICES, INC., a Missouri corporation, and
FARRELL KAHN,

    Plaintiffs,

v.

LESLIE DAVIS, and
ONE TWENTY FINANCIAL SERVICES, a Missouri corporation,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on "Motion to Withdraw" (#36, filed March 25, 2011).  Being otherwise fully advised, it is hereby ORDERED that the Motion (#36) is GRANTED.  Attorney Kevin L. Opp is relieved of any further representation of Plaintiff in the above-captioned matter.  The Clerk of Court is instructed to remove Mr. Opp from the electronic certificate of mailing.

Dated: March 25, 2011